IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: BILLY JOE MORGAN, JR. and | ) | IN PROCEEDING UNDER CHAPTER |
| DARIESE MORGAN, | ) | 13 OF THE BANKRUPTCY CODE |
| DEBTORS | ) | CASE NO.:  17-81557-CRJ7 |

## JOINT MOTION TO CONTINUE HEARING SET
## OCTOBER 4, 2017
**(AGREED)**

Come now the Creditor, John Sullins, by and through his attorney, Tim R. Wadsworth and the Debtors, Billy Joe Morgan, Jr. And Dariese Morgan, by and through their attorney Seth B. Thompson, and move this Court to continue the above case that is scheduled for October 4, 2017 at 10:00 a.m. and as grounds states as follows:

1. The above case is scheduled for October 4, 2017, a 10:00 a.m. in regard to:

    Doc.#24;    Debtor's Motion to Avoid Judicial Lien of John Sullins

    Doc.#27;    Response Filed by John Sullins

    Doc.#28;    Motion by Creditor, John Sullins, to Determine Value of Business Property and Homestead Property

2. Tim R. Wadsworth, attorney for creditor, John Sullins, has a conflict of schedule and is unable to attend the hearing scheduled October 4, 2017.

3. Tim R. Wadsworth, attorney for creditor, John Sullins, has contacted Seth B. Thompson, attorney for Debtors, and Seth Thompson has consented to this case being continued from the October 4, 2017 setting.

4. Tim R. Wadsworth, attorney for creditor, John Sullins and Seth Thompson, attorney for debtors, request this case to be reset for hearing in Decatur, Alabama.

WHEREFORE, premises considered, the Tim R. Wadsworth, attorney for creditor, John Sullins and Seth B. Thompson, attorney for Debtors, move the Court to continue the above case from the October 4, 2017, setting and to reset the case for hearing in Decatur, Alabama and for such other and further relief as the Court may deem appropriate.

/s/Tim R. Wadsworth  
Tim R. Wadsworth  
Attorney for Creditor, John Sullins  
1175 Helicon Road  
Arley, Alabama 35541  
(205)384-4357  
(205)384-4368 (Fax)  
wadsworth@centurytel.net  


/s/Seth B. Thompson  
Seth B. Thompson  
Attorney for Debtors  
The Thompson Law Firm, LLC  
1701 Main Street Avenue SW, Suite 5  
Cullman, Alabama 35055  
seththompson@thompsonattorneys.com  


CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2017, I have served a copy of the above and foregoing document upon counsel for all parties by placing a copy of same in the United States Mail, properly addressed or by electronic noticing to the Bankruptcy Trustee, Administrator, and the following:

Seth B. Thompson  
The Thompson Law Firm, LLC  
1701 Main Avenue SW, Suite 5  
Cullman, AL 35055

Judith Thompson  
Bankruptcy Trustee  
P O Box 18966  
Huntsville AL 35804

Dated this the 2nd day of October, 2017.

/s/Tim R. Wadsworth  
Tim R. Wadsworth  
Attorney for Creditor, John Sullins